ACCEPTED
01-15-00371-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 3:41:06 PM
CHRISTOPHER PRINE
CLERK

### NO. 01-15-00371-CV

---

## IN THE FIRST COURT OF APPEALS

## FOR THE STATE OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/31/2015 3:41:06 PM

CHRISTOPHER A. PRINE
~~Clerk~~

---

## DANIEL SHOEMAKER
*Appellant*

## V.

## CAMILLE LATOUR
*Appellee*

---

### On Appeal From County Court at Law Number Four of Travis County Texas

---

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

---

**CHRISTOPER BEAN & ASSOCIATES**
**Attorney for Appellant**

**Brian Buster**
**SBN: 24082757**
**Christopher Bean**
**SBN: 24012263**
**1301 S IH-35 N, Suite 105**
**Austin, Texas 78741**
**TEL: (512)-916-9956**
**FAX: (512)-669-5282**

**TRAVIS COUNTY ATTORNEY**
**Attorney for Appellee**

**Hilary L. Riley**
**SBN: 24013404**
**P.O. Box 1748**
**Austin, Texas 78767**
**TEL: (512)-854-4163**
**FAX: (512)-854-9570**

TO THE HONORABLE FIRST COURT OF APPEALS:

1.      Pursuant to TEX. R. APP. P. §10.1 and TEX. R. APP. P. §38.6(d), the Appellant, Daniel Shoemaker, files this Unopposed First Motion to Extend Time to File Appellant's Brief.

2.      Appellant's opening brief is currently due on August 5, 2015.

3.      Counsel for Appellant requests a 30-day extension of time to file its brief, making the brief due on September 4, 2015. This is the first request for an extension of time to file the opening brief.

4.      At this time, Counsel for Appellant is lacking many documents it needs as a result of Appellant having to retain other Counsel in a criminal matter directly related to the civil litigation that is being appealed in this Court. Said Counsel for the pending criminal matter is in possession of the needed documents. Counsel for Appellant needs to have these documents returned to them in order to write a fully developed brief. Counsel for Appellant seeks this extension of time so that the proper materials may be acquired that will allow for the brief to contain the information necessary to aid the Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

5.      The undersigned has conferred with opposing counsel, and she has indicated that she does not oppose this motion.

6.      All facts recited in this motion are within the personal knowledge of Counsel for Appellant, therefore no verification is necessary under TEX. R. APP. P. §10.2

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the

Appellant's brief up to and including September 4, 2015. Appellant further requests that this

Court grant all other relief to which he may be justly entitled.

Respectfully submitted,

/s/ Brian Buster
Brian Buster
State Bar No. 24082757
1301 S IH-35 N, Suite 105
Austin, TX 78741
TEL: (512)-916-9956
FAX: (512)-669-5282
brian@christopherbeanlaw.com

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee regarding this motion and that Appellee is not opposed to this motion.

/s/ Brian Buster
Brian Buster

## CERTIFICATE OF SERVICE

I certify that on this __31__ day of ____July____, 2015, a true and correct copy of this motion was sent to opposing counsel in accordance with the Rules of Appellate Procedure.

/s/ Brian Buster
Brian Buster